MARY ANDERSON *v.* MATTHEW ANDERSON.
[Nos. 74, 83, October Term, 1935.]

*Decided January 16th, 1936.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, SHEHAN, and JOHNSON, JJ.

*John S. Strahorn,* for the appellant.

*Robert Moss,* for the appellee.

URNER, J., delivered the opinion of the Court.